> **MOTION GRANTED.** The Initial Case Management Conference is hereby reset to June 15 at 9:30 a.m.
>
> */s/ Jeffery S. Frensley*

# THE ADKINS FIRM
## PROTECTING ⚖ CONSUMERS
### NASHVILLE • BIRMINGHAM • DALLAS • HOUSTON

ItsYourCreditReport.com

April 22, 2020

The Honorable Jeffery S. Frensley
United States Magistrate Judge
Courtroom 738
U.S. Courthouse
801 Broadway
Nashville, TN 37203

Re: *Tilihia Wilson v. 24/7 Background Check LLC*, Case No. 3:20-cv-00146

Dear Judge Frensley:

Plaintiff Tilihia Wilson respectfully requests an adjournment of the Initial Case Management Conference presently scheduled for April 28, 2020 at 10:00 a.m. Plaintiff filed her complaint on February 19, 2020 (Doc. No. 1). Plaintiff then attempted to serve her complaint on Defendant. On March 11, 2020, the World Health Organization declared the Coronavirus outbreak a pandemic, and on March 13, 2020, the United States declared it a national emergency. The federal and state governments have implemented various public safety measures in an effort to contain and slow the spread of the virus. As a result, Plaintiff has yet been able to serve Defendant.

Under the circumstances, the parties cannot submit a proposed case management plan. Therefore, Plaintiff respectfully requests that the Initial Case Management Conference be adjourned.

Very truly yours,

*/s/ Micah Adkins*

Micah Adkins, Attorney
The Adkins Firm, P.C.
1025 Westhaven Blvd., Ste 220
Franklin, TN 37064
Main 615.370.9659 / Direct 615.370.4099
MicahAdkins@ItsYourCreditReport.com