UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TILIHIA WILSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action |
| v. ) | No. 3:20-cv-00146 |
| ) | |
| 24/7 BACKGROUND CHECK LLC ) | |
| d/b/a CRIMINAL 411, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the Plaintiff's motion to continue the Rule 16 conference and for good cause shown, the Court grants the Plaintiff's motion. (Doc. 12).

The Rule 16 conference in this matter will be rescheduled for a date after July 15, 2020.

**IT IS SO ORDERED**, this _____ day of _____, 2020.

_____
J. JEFFERY S. FRENSLEY
UNITED STATES MAGISTRATE JUDGE