MOTION GRANTED. The Initial Case Management Conference is hereby reset to July 29, 2020 at 9:30 a.m. The conference will be conducted by telephone. All parties shall call 1-877-336-1831, and when prompted for the access code, enter 7039387# to participate in the Case Management Conference. If a party has difficulty connecting to the call or has been on hold for more than five (5) minutes, please call 615-736-7344.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **TILIHIA WILSON,** | )<br>)<br>) |
| **Plaintiff,** | )<br>)<br>) Civil Action |
| v. | ) No. 3:20-cv-00146<br>)<br>) |
| **24/7 BACKGROUND CHECK LLC d/b/a CRIMINAL 411,** | )<br>)<br>) |
| **Defendant.** | )<br>) |

## PLAINTIFF'S MOTION TO CONTINUE RULE 16 CONFERENCE

Plaintiff Tilihia Wilson ("Plaintiff") respectfully moves the Court to continue the Rule 16 conference in this matter until a later date. Plaintiff shows good cause for the continuance as follows:

1. Plaintiff filed her Complaint on February 19, 2020. (Doc. 1).

2. On April 23, 2018, the Court scheduled the Rule 16 conference in this matter for June 15, 2020 at 9:30 a.m. (Doc. 8).

3. On May 18, 2020, Plaintiff filed a waiver of service as to Defendant 24/7 Background Check LLC d/b/a Criminal 411 ("Defendant"). (Doc. 9).

4. The waiver of service provides Defendant until July 14, 2020, to file its answer to Plaintiff's complaint.

5. Under the circumstances, Plaintiff respectfully requests that the Rule 16 conference be adjourned to a date after July 15, 2020, so that Defendant may answer Plaintiff's Complaint and participate in the Rule 16 conference.

6. No party will be prejudiced by the requested extension of time.

7. A proposed Order is submitted herewith.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins
TN BAR NO. 036451
**THE ADKINS FIRM, P.C.**
1025 Westhaven Blvd., Suite 220
Franklin, Tennessee 37064
T: (615) 370.9659
F: (615) 370.4099
MicahAdkins@ItsYourCreditReport.com
*COUNSEL FOR PLAINTIFF TILIHIA WILSON*

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020, I mailed the foregoing paper by U.S. Mail, postage pre-paid, to the following:

24/7 Background Check, LLC
d/b/a Criminal 411
c/o Registered Agent
11520 N. Central Expressway
Suite 230 Dallas, TX 75243

*/s/ Micah S. Adkins*
Micah S. Adkins